IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00611-EWN-MJW

NATHAN DUNLAP,

    Applicant,

v.

JOE ORTIZ, Executive Director, Colorado Department of Corrections,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 1 2 2006

GREGORY C. LANGHAM
CLERK

ORDER TO ANSWER
(WITH CERTIFICATE OF SERVICE)

After preliminary consideration of the Application For A Writ Of Habeas Corpus Pursuant To 28 U.S.C. § 2254, it is now

ORDERED that on or before **May 26, 2006**, the respondent shall file an answer conforming to the requirements of Rule 5 of the Rules Governing Section 2254 Cases.

Dated: April 11, 2006

                    BY THE COURT:

                    s/ Edward W. Nottingham
                    UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00611-EWN-MJW

Phillip Alan Cherner
Attorney at Law
789 Sherman Street #660
Denver, CO 80203

Joe Ortiz
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
2862 S. Circle Drive, Suite 400
Colorado Springs, CO 80906-4122
**DELIVERED ELECTRONICALLY**

Paul Sanzo, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**


    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on Joe Ortiz: PETITION FOR WRIT OF HABEAS CORPUS FILED 4/3/06, COPY OF NOTICE OF ELECTRONIC FILING ON DOCUMENT 7, AND CONSENT FORM on 4/12/06.

GREGORY C. LANGHAM, CLERK

By_____
        Deputy Clerk