IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Case No. 06-cv-00611-EWN-MJW

NATHAN DUNLAP,

      Applicant,

v.

JOE ORTIZ, Executive Director, Colorado Department of Corrections,

      Respondent.

---

## ORDER

---

This matter comes before the Court on the applicant's Unopposed Motion for Production of State Court Record (#25). This Court granted the motion on October 4, 2006 (#27).

The Court further orders as follows:

1.      The Clerk of the Arapahoe County, Colorado, District Court shall transmit to the Clerk of this Court the entire record in case number 95CR605, including all transcripts, pleadings, exhibits, orders, and other documents relating to the applicant's trial and post-conviction proceedings.

2.      The Colorado State Archivist shall transmit to the Clerk of this Court the entire record in cases numbers 96CA0329, 01CA1082, 98SC221, and 05SC53, including all transcripts, pleadings, exhibits, orders, and other documents relating to the applicant's direct and post-conviction appeals.

3.      The state records custodians shall transmit the requested records to the Clerk of this Court in their current form, without any renumbering or other alteration.

4.      The state records custodians shall transmit the requested records to the Clerk of this Court by November 1, 2006.

Dated this 5th day of October, 2006.

BY THE COURT:

s/ Edward W. Nottingham
Edward W. Nottingham
United States District Judge