**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 06-cv-00611-CMA-MJW

NATHAN DUNLAP,

    Applicant,

v.

ARI ZAVARAS, Executive Director, Colorado Department of Corrections,

    Respondent.

---

**ORDER SETTING STATUS CONFERENCE**

---

    This matter comes before the Court *sua sponte.* Upon review of the file, it appears that little has been done in this matter since the filing of the Reply Brief in Support of Amended Petition for Writ of *Habeas Corpus* on August 13, 2007. Therefore,

    IT IS ORDERED that a Status Conference is set for **August 7, 2009 at 10:00 a.m.**, in Courtroom A602 of the Arraj Courthouse, to address the status of the state appeal on this matter and to discuss how the parties wish to move forward on this case at this time. This status conference may be conducted by telephone conference. If the parties wish to participate by telephone, they should call Chambers (303-335-2174) no later than August 3, 2009 to let that desire be known.

    DATED:  July   24  , 2009

                                                       BY THE COURT:

                                                       _____
                                                       CHRISTINE M. ARGUELLO
                                                       United States District Judge