**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE CHRISTINE M. ARGUELLO**

Courtroom Deputy: Bernique Abiakam  
Court Reporter: Darlene Martinez

Date: August 10, 2009

---

Civil Action No.: 06-cv-00611-CMA

| *Parties:* | *Counsel:* |
|---|---|
| NATHAN DUNLAP, | Madeline S. Cohen |
| | Philip Alan Cherner |
| Petitioner, | |
| v. | |
| JOE ORTIZ, Executive Director, Colorado Department of Corrections, | Clemmie Parker Engle |
| Respondent. | |

---

### COURTROOM MINUTES

HEARING: Status Conference

**10:56 a.m.     Court in session.**

Court calls case.  Appearances of counsel.

Preliminary remarks by the Court.

Argument by Ms. Cohen.

Argument by Ms. Engle.

**ORDERED:** Applicant's Status Report And Renewed Motion To Stay (Filed 8/3/09; Doc. No. 69) is GRANTED.

**ORDERED:** The Plaintiff shall contact the Court within 10 days of the decision, by the State of Colorado, granting certiorari.  Also, a status report shall be filed every 4 months.

11:08 a.m.     **Court in recess**  
Hearing concluded.  
Total in-court time: 12 minutes.