IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 06-cv-00611-JLK

NATHAN DUNLAP,

      Applicant,

v.

ARI ZAVARAS, Executive Director, Colorado Department of Corrections,

      Respondent.

_____

## ORDER
_____

      This Court has reviewed Applicant Nathan Dunlap's Unopposed Motion To Substitute Respondent And Amend Case Caption. The Court agrees that Ari Zavaras is the appropriate named Respondent in this case. Accordingly, the Court hereby GRANTS the motion and orders that Ari Zavaras be substituted as Respondent in place of Joe Ortiz.

      The Court further orders that the caption in this case be amended to replace JOE ORTIZ, Executive Director, Colorado Department of Corrections, with ARI ZAVARAS, Executive Director, Colorado Department of Corrections.

      IT IS SO ORDERED.

      Signed and entered this 22nd day of February, 2010.

                        BY THE COURT:


                        *s/John L. Kane*
                        JOHN L. KANE, Senior Judge
                        United States District Court