```
                                                            FILED
                                                    UNITED STATES DISTRICT COURT
                                                       DENVER, COLORADO
```

IN THE UNITED STATES DISTRICT COURT     APR 25 2013
FOR THE DISTRICT OF COLORADO
Judge John L. Kane     JEFFREY P. COLWELL
                                                                          CLERK

CIVIL ACTION NO. 06-cv-611

NATHAN DUNLAP,

       Petitioner,

vs.

ARI ZAVARAS, Executive Director, Colorado Department of Corrections,

       Respondent.

---

## ORDER RETURNING STATE COURT RECORD

---

       Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

       **ORDERED** that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, this 18th day of April, 2013.


                                            BY THE COURT:

                                            ***S/John L. Kane***
                                            John L. Kane
                                            Senior United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-611

Arapahoe County Combined Court
Arapahoe County Justice Center
7325 S. Potomac St.
Centennial, CO 80112

Philip Alan Cherner
**DELIVERED ELECTRONICALLY**

Madeline S. Cohen
**DELIVERED ELECTRONICALLY**

Clemmie Parker Engle - Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY**

  I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on  4/25/2013  .

               JEFFREY P. COLWELL, CLERK

               By: s/ D. Berardi
                  Deputy Clerk